AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

NORMAN HAMPTON,

    Plaintiff,

v.

L. JONES, et al.,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 5:24-cv-40

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, based on the Order dated May 21, 2025, the Court dismisses Plaintiff's Complaint and denies as moot Plaintiff's Motion for Subpoena and Motion for Discovery. Additionally, the Court denies Plaintiff leave to proceed in forma pauperis on appeal. This case stands closed.

Approved by: _____
**HON. BENJAMIN W. CHEESBRO**
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**

5/21/2025
*Date*

John E. Triplett, Clerk of Court
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/2020