IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| NORMAN HAMPTON,<br><br>    Plaintiff,<br><br>  v.<br><br>L. JONES, et al.,<br><br>    Defendants. | CIVIL ACTION NO.: 5:24-cv-40 |

**O R D E R**

Plaintiff filed Objections to this Court's August 29, 2025 Order.  Doc. 33.  Plaintiff objects to this Court's denial of the construed motion for reconsideration of the May 21, 2025 Order.  Id. at 1.  He contends that his motion for reconsideration should have been "heard by the District Judge."  Id.  But Plaintiff consented to the undersigned's plenary review and has not withdrawn, or attempted to withdraw, that consent.  Doc. 7.  Thus, I could rule on Plaintiff's motion.  Therefore, the Court **OVERRULES** Plaintiff's Objections.  This case remains closed.

**SO ORDERED**, this 18th day of December, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA